Slip Op. 09-99

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AD HOC UTILITIES GROUP,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>        - and -<br><br>USEC INCORPORATED, and UNITED STATES ENRICHMENT CORPORATION,<br><br>        Defendant-Intervenors. | Before: Pogue, Judge<br><br>Court No. 06-00300 |

**Memorandum and Order**

[Plaintiff's motion for rehearing denied.]

September 15, 2009

Pillsbury Winthrop Shaw Pittman LLP (Nancy A. Fischer, Joshua D. Fitzhugh, Christine J. Sohar, Kemba T. Eneas and Stephan E. Becker) for Plaintiff Ad Hoc Utilities Group.

James M. Lyons, General Counsel, Neal J. Reynolds, Assistant General Counsel, Office of the General Council, U.S. International Trade Commission (Peter L. Sultan) for Defendant United States.

Steptoe & Johnson LLP (Eric C. Emerson, Sheldon E. Hochberg, Richard O. Cunningham, Thomas J. Trendl and Alexandra E.P. Baj) for Defendant-Intervenors USEC Inc. and United States Enrichment Corp.

**Pogue, Judge:** Plaintiff Ad Hoc Utilites Group ("AHUG"), a group of American utility companies that purchases and uses

Court No. 06-300                                                      Page 2

uranium, has sought review of the International Trade Commission's ("ITC") decision in Uranium From Russia, 71 Fed. Reg. 44,707 (ITC Aug. 6, 2006) (concluding that termination of the suspended investigation on uranium from Russia would be likely to lead to continuation or recurrence of material injury to an industry in the United States) and accompanying Uranium from Russia, USITC Pub. 3872, Inv. No. 731-TA-539-C (Second Review) (Aug. 2006), available at 2006 ITC LEXIS 537.

The Court, on June 16, 2009, in accordance with Ad Hoc Utils. Group v. United States, Slip Op. 09-56, 2009 Ct. Intl. Trade LEXIS 60 (CIT June 15, 2009), dismissed this action, pursuant to USCIT Rule 12(b)(1), for lack of subject matter jurisdiction under 28 U.S.C. § 2631(c). See Ad Hoc Utils. Group v. United States, Slip Op. 09-57, 2009 Ct. Intl. Trade LEXIS 61 (CIT June 16, 2009). In its decision ordering dismissal, the Court noted that the issues of law and fact before the court are no different than those presented in Ad Hoc Utilities Group v. United States, Cause No. 06-229 ("AHUG") (AHUG's challenge to Commerce's final determination that termination of the suspended investigation on uranium from Russia would likely result in continued dumping of enriched uranium), where the court also dismissed AHUG's action for lack of statutory standing and has further denied AHUG's subsequent motion for reconsideration. The parties in AHUG and the case at bar are identical, and there is no significant argument raised by Plaintiff

Court No. 06-300 Page 3

here that was not considered by the court in AHUG.

AHUG has now moved, pursuant to USCIT R. 59, for reconsideration of the court's dismissal.  This motion followed a similar motion in Cause No. 06-229, which motion was denied.

Accordingly, for the reasons stated in AHUG, the court DENIES AHUG's motion for reconsideration.

It is SO ORDERED.

                                                  /s/
                                    Donald C. Pogue, Judge

Dated:   September 15, 2009
        New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____    By: _____
                                    Deputy Clerk